United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GAYATRI DE,

Plaintiff,

v.

EDMUNDS.COM, INC.,

Defendant.

Case No. 3:26-cv-08720-JSC

**ORDER REMANDING ACTION TO THE CONTRA COSTA COUNTY SUPERIOR COURT**

Plaintiff Gayatri De filed this putative class action against Edmunds.com, Inc. alleging it installs third-party trackers on individuals' internet browsers when they visit the website www.edmunds.com in violation of the Electronic Communications Privacy Act, 18 U.S.C. § 2511, and various California laws. Plaintiff initially filed the complaint in the Contra Costa County Superior Court and Defendant removed it based on federal question jurisdiction and under the Class Action Fairness Act, 28 U.S.C. § 1332(d). (Dkt. No. 1 at ¶¶ 13-28.)

As a review of the Complaint raised concerns about the Court's subject matter jurisdiction, Defendant was ordered to show cause (OSC) as to why this action should not be remanded to the Contra Costa County Superior Court based on Plaintiff's failure to allege facts which support an inference she suffered a concrete injury for purposes of Article III standing. (Dkt. No. 17.) Defendant states in its OSC response that it "does not oppose remand for lack of subject-matter jurisdiction." (Dkt. No. 18.) Accordingly, this action is REMANDED to the Contra Costa County Superior Court for lack of subject matter jurisdiction. *See* 28 U.S.C. § 1447(c) ("[i]f at any time before final judgment it appears that the district court lacks subject matter jurisdiction

United States District Court
Northern District of California

[over a case removed from state court], the case shall be remanded.”).

**IT IS SO ORDERED.**

Dated: September 29, 2026

JACQUELINE SCOTT CORLEY
United States District Judge